IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHEILA FINNEY, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-18-2399 |
| MARYLAND DEP'T OF TRANSP., | * | |
| Defendant | * | |
| | *** | |

## ORDER

The above-captioned case was filed on August 6, 2018, together with a Motion to Proceed in Forma Pauperis. ECF 2. Upon review of the affidavit submitted with the motion, it does not appear that Plaintiff is indigent and unable to pay the full civil filing fee.

Specifically, Plaintiff's monthly income of $2912 exceeds her monthly expenses of $1243 by nearly $1700. Plaintiff's access to bank account proceeds is $2653.00 which exceeds the full civil filing fee of $400. Plaintiff will, therefore, be required to pay the full filing fee of $400 within 21 days of the date of this Order.

Accordingly, it is this 9<u>th</u> day of August, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Proceed in Forma Pauperis (ECF 2) IS DENIED;

2. Plaintiff IS GRANTED 21 days from the date of this Order to pay the full civil filing fee of $400;

3. Plaintiff IS FOREWARNED that failure to pay the fee will result in dismissal of the Complaint without further notice and without prejudice; and

4. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

/s/
James K. Bredar
United States District Judge